SEALED

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED

MAY 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK BUSINESS CHECKING ACCOUNT NUMBER 112992330, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, IN AN AMOUNT UP TO AND INCLUDING $87,575,<br><br>ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK BUSINESS SAVINGS ACCOUNT NUMBER 2906193650, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, IN AN AMOUNT UP TO AND INCLUDING $8,033,<br><br>ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK PERSONAL CHECKING ACCOUNT NUMBER 112992030, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, IN AN AMOUNT UP TO AND INCLUDING $57,950, AND<br><br>ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK PERSONAL SAVINGS ACCOUNT NUMBER 2906027380, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, IN AN AMOUNT UP TO AND INCLUDING $11,433,<br><br>    DEFENDANTS. | 2:13-SW-0335 CKD<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS |

1

1 | Upon application of the United States of America and good cause having been shown,
2 | IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit
3 | underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall
4 | not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy
5 | of the seizure warrants will be left at the scene of the seizures and with the account holder.
6 | Date: 5/16, 2013

CAROLYN K. DELANEY
United States Magistrate Judge

Order Re: Request to Seal Documents