**FILED**

NOV 0 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:13-SW-0333-CKD
                                             2:13-SW-0334-CKD
12              Plaintiff,                    2:13-SW-0335-CKD
                                             2:13-SW-0336-CKD
13         v.

14  ALL FUNDS MAINTAINED AT JP MORGAN
    CHASE BANK BUSINESS CHECKING ACCOUNT     ORDER RE: REQUEST TO
15  NUMBER 112992330, HELD IN THE NAME OF    UNSEAL DOCUMENTS
    BENJAMIN B. ROZENBERG, DBA: MIDNITE
16  EVENTS, IN AN AMOUNT UP TO AND
    INCLUDING $87,575,
17
    ALL FUNDS MAINTAINED AT JP MORGAN
18  CHASE BANK BUSINESS SAVINGS ACCOUNT
    NUMBER 2906193650, HELD IN THE NAME OF
19  BENJAMIN B. ROZENBERG, DBA: MIDNITE
    EVENTS, IN AN AMOUNT UP TO AND
20  INCLUDING $8,033,

21  ALL FUNDS MAINTAINED AT JP MORGAN
    CHASE BANK PERSONAL CHECKING ACCOUNT
22  NUMBER 112992030, HELD IN THE NAME OF
    BENJAMIN B. ROZENBERG, IN AN AMOUNT UP
23  TO AND INCLUDING $57,950, AND

24  ALL FUNDS MAINTAINED AT JP MORGAN
    CHASE BANK PERSONAL SAVINGS ACCOUNT
25  NUMBER 2906027380, HELD IN THE NAME OF
    BENJAMIN B. ROZENBERG, IN AN AMOUNT UP
26  TO AND INCLUDING $11,433,

27              DEFENDANTS.

28

                            1

1    Upon application of the United States of America and good cause having been

2  shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

3  affidavit in the above captioned proceeding be and are hereby unsealed.

4  Date: __11/1/13__

5                                          DALE A. DROZD
                                           United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2